IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| BILL HOOVER | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 06-4033 |
| | § | |
| MERCK & CO., INC. | § | JURY |
| A Foreign Corporation | § | |
|     Defendant | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Defendant Merck & Co., Inc. filed a Motion to Stay all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation. The Court, having review the motion, and being well-advised, finds that the motion should the GRANTED. It is therefore

ORDERED that all proceedings in this matter are stayed until the Judicial Panel on Multidistrict Litigation renders a decision regarding transfer of this case to *In re VIOXX Prods. Liab. Litig.* (MDL) No. 1657, the MDL proceeding that has been established in the Eastern District of Louisiana.

SO ORDERED.

Signed this 24 day of MAY, 2006.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 2 4 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

HARRY F. BARNES
UNITED STATES JUDGE

**ORDER GRANTING MOTION TO STAY** – Solo page